UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 15-23449-CIV-MORENO

GREGORY CURRY,

    Petitioner,

vs.

JULIE L. JONES,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus (**D.E. 1**) filed on **September 11, 2015**. The Magistrate Judge filed a Report and Recommendation (**D.E. 15**) filed on **January 26, 2016**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that neither side has filed objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that this case is DISMISSED without prejudice on the ground that Petitioner has failed to comply with the Court's Orders. It is further,

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this ___17___ of February 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Patrick A. White

Gregory Curry, *pro se*
DC # 15017364
Falkenburg Road Jail
520 Falkenburg Road
Tampa, FL 33619

Counsel of Record